UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VARGAS, | Case No. 2:10-CV-03130 LKK (GGH) |
| Plaintiff, | *[Hon. Lawrence K. Karlton, Ctrm 4]* |
| vs. | **ORDER DISMISSING INDIVIDUAL DEFENDANTS,** |
| BP AMERICA, INC., JEFF FERIS, JILL GEORGIKAS, STEVE HONIG, TOM HORN, DEB PORTELLO, WAYNE MALIK, and DOES 1 through 50, inclusive, | **JEFF FERIS, JILL GEORGIKAS, STEVE HONIG, TOM HORN, DEB PORTELLO, AND WAYNE MALIK** |
| Defendants. | First Amended Complaint Filed: July 21, 2010 |

1  By stipulation of the parties in the above-captioned matter, Defendants BP America Inc. ("BP") and Jeff Feris, Jill Georgikas, Steve Honig, Tom Horn, Deb Portello, and Wayne Malik (collectively "Individual Defendants") and Plaintiff, Andrew Vargas ("Plaintiff"), through their respective counsel of record, the Individual Defendants shall be dismissed, without prejudice.  As a result, Plaintiff's First Amended Complaint shall proceed only against BP.

**IT IS SO ORDERED.**

Dated: March 3, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT