UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW VARGAS,

        NO. CIV. S-10-3130 LKK/GGH

    Plaintiff,

  v.

        O R D E R

BP AMERICA, INC., JEFF FERIS, JILL GEORGIKAS, STEVE HONIG, TOM HORN, DEB PORTELLO, WAYNE MALIK, and DOES 1 through 50, inclusive,

    Defendants.

_____/

    Pending before the court in the above-captioned cases is defendant's motion to dismiss, currently set to be heard on July 5, 2011. Due to a court scheduling conflict, the court CONTINUES the hearing to July 18, 2011 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: June 29, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1