**Mathews • Funk**
*A Law Corp.*
24012 Calle de la Plata, Suite 320
Laguna Hills, California  92653
(949) 586-2235 Fax (949) 586-1806

Stanton T. Mathews     Bar No. 99058

**Hunt & Adams, Inc.**
2070 North Tustin Avenue
Santa Ana, CA  92705
(714) 558-9000 Fax (714) 558-0152

John C. Adams III     Bar No. 88824

Attorneys for Plaintiff, ANDREW VARGAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VARGAS,<br><br>    Plaintiff,<br><br>vs.<br><br>BP AMERICA, INC., JEFF FERIS, JILL GEORGIKAS, STEVE HONIG, TOM HORN, DEB PORTELLO, WAYNE MALIK, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.  2:10-cv-03130-LKK (GGH)<br><br>[*Proposed*] ORDER RE CONTINUANCE OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP, RULE 12(b)(6)<br><br>Scheduled Hearing Date:     7/18/11<br>First Amended Complaint Filed:  7/21/10<br>Pre-Trial Conference:           4/30/12<br>Trial Date:                     7/31/12 |

Pursuant to the Stipulation Between the Parties for Continuance of Defendant's Motion to Dismiss Case Pursuant to FRCP, Rule 12(b)(6), and for good cause shown,

IT IS HEREBY ORDERED that the hearing date of Defendant's Motion be continued to September 12, 2011.

DATED: July 15, 2011

_____
HONORABLE LAWRENCE K. KARLTON